# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Walter Ziejewski<br>　　　　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 17-10515 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates, Series 2006-5, and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　　　　　(215) 627-1322 FAX (215) 627-7734